UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-00056-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| RAUL GONZALEZ-DEL TORO, | |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | No. 2:10-cr-00149-LKK |
| Plaintiff, | |
| v. | |
| RAUL GONZALEZ-DEL TORO, | |
| Defendant. | |
| _____/ | |

    The Court has received the Notice of Related Case filed on May 10, 2010.

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

1

1 The actions involve the same defendant and are based on the same
2 or similar claims, the same event, similar questions of fact and
3 the same questions of law, and would therefore entail a
4 substantial duplication of labor if heard by different judges.
5 Accordingly, the assignment of the matters to the same judge is
6 likely to effect a substantial savings of judicial effort and is
7 also likely to be convenient for the parties.

8     The parties should be aware that relating the cases under
9 Local Rule 123 merely has the result that both actions are
10 assigned to the same judge; no consolidation of the action is
11 effected.  Under the regular practice of this court, related
12 cases are generally assigned to the district judge and magistrate
13 judge to whom the first filed action was assigned.

14     IT IS THEREFORE ORDERED that the action denominated 2:10-cv-
15 00149-LKK, <u>United States of America v. Raul Gonzalez-Del Toro</u> is
16 reassigned to Judge Morrison C. England, Jr. for all further
17 proceedings, and any dates currently set in this reassigned case
18 only is hereby VACATED.  Henceforth, the caption on documents
19 filed in the reassigned case shall be shown as 2:10-cv-00149-MCE.

20     IT IS FURTHER ORDERED that the Clerk of the Court make
21 appropriate adjustment in the assignment of criminal cases to
22 compensate for this reassignment.

23     IT IS SO ORDERED.

24  Dated: May 12, 2010

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE