```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RAUL GONZALEZ-DEL TORO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00149 MCE |
| --- | --- |
| | ) No. 2:05-CR-00056 MCE |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| RAUL GONZALEZ-DEL TORO, | ) |
| | ) |
| Defendant. | ) Date: July 15, 2010 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, RAUL GONZALEZ-DEL TORO, and plaintiff, United States of America, by and through their attorneys, that the status conference scheduled for July 15, 2010, may be continued to July 29, 2010, at 9:00 a.m.

The parties seek additional time to consider resolving the cases in a single agreement. In order to have adequate time to prepare, the parties agree that time under the Speedy Trial Act should be excluded

/ / /

/ / /

from the date of this order through July 29, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  July 13, 2010          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for RAUL GONZALEZ-DEL TORO

                               LAWRENCE G. BROWN
                               United States Attorney

Dated:  July 13, 2010          /s/  T. Zindel for M. Anderson
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 29, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through July 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-